IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01368-PSF-MJW

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff(s),

v.

COMPUTERS PLUS USA, INC., a Colorado corporation, and
RAWN S. TAKACS, an individual,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Plaintiff's Motion to Strike Affirmative Defense of Copyright Misuse with Incorporated Legal Authority (docket no. 10) is DENIED as untimely. Fed. R. Civ. P. 12(f) permits a district court to strike portions of a pleading "[u]pon motion made by a party before responding to a pleading, or, if no responsive pleading is permitted by these rules, upon motion by a party within 20 days after the service of the pleading upon the party." Defendants filed their Answer (docket no. 9) on August 11, 2006, by e-filing. Accordingly, Plaintiff was served with such Answer as of August 11, 2006. Plaintiff filed the subject Motion to Strike Affirmative Defense of Copyright Misuse with Incorporated Legal Authority (docket no. 10) on September 5, 2006. Therefore, Plaintiff's motion is untimely under Fed. R. Civ. P. 12(f). See also, In Sweeney v. American Registry of Pathology, 287 F. Supp. 2d 1, 4 (D.D.C. 2003). Lastly, this court declines, in its discretion, to *sua sponte* consider the subject motion as permitted under Williams v. Jader Fuel Co., 944 F.2d 1388 (7th Cir. 1991). (Rule 12(f) allows the court to consider a motion to strike made after it has been deemed to have been waived; court can consider a motion to strike on its own initiative.)

Date: September 18, 2006