IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-1368-PSF-MJW

MICROSOFT CORPORATION,
a Washington corporation,

        Plaintiff,

v.

COMPUTERS PLUS USA, INC., a Colorado corporation; and
RAWN S. TAKACS, an individual,

        Defendants.

---

**ORDER RECONSIDERING MINUTE ORDER OF SEPTEMBER 18, 2006 AND
SETTING DEADLINE FOR RESPONSE TO MOTION TO STRIKE [DOCKET NO. 10]**
( Docket no. 16 )

  THIS MATTER COMES before the Court upon Motion Directed To Magistrate Judge to Reconsider Minute Order of September 18, 2006.

  The Motion to Reconsider is Granted. This Court's minute order dated September 18, 2006 is vacated.
Defendants have until 20 days from the date of this Order to respond to the substance of Microsoft's Motion to Strike [Docket No. 10].

        By: /s/ Michael J. Watanabe
          Michael J. Watanabe
          Magistrate Judge