IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01368-PSF-MJW

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff(s),

v.

COMPUTERS PLUS USA, INC., a Colorado corporation, and
RAWN S. TAKACS, an individual,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 23) is GRANTED.  The written Protective Order is APPROVED as amended in paragraphs 9 c., 11 and 12 and made an Order of Court.

Date:  October 12, 2006