IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01368-PSF-MJW

MICROSOFT CORPORATION,
a Washington corporation,

        Plaintiff,

v.

COMPUTERS PLUS USA, INC., a Colorado corporation; and
RAWN S. TAKACS, an individual,

        Defendants.

---

### ORDER ON STIPULATED MOTION REGARDING CERTAIN DISCOVERY AND DEADLINE FOR DISPOSITIVE MOTIONS
( Docket No. 35 )

---

  THE COURT, upon the Stipulated Motion Regarding Certain Discovery and Deadline for Dispositive Motions, and being sufficiently advised in the premises,

  HEREBY ORDERS that the Motion is granted. Microsoft may take the deposition of defendants up until April 18, 2007, and all parties have until April 30, 2007, to file dispositive motions.

  Done this 26TH day of March, 2007.

BY THE COURT:

_____
Michael J. Watanabe
Magistrate Judge