IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01368-PSF-MJW

MICROSOFT CORPORATION,
a Washington corporation,

        Plaintiff,

v.

COMPUTERS PLUS USA, INC., a Colorado corporation; and
RAWN S. TAKACS, an individual,

        Defendants.

---

**ORDER ON STIPULATED SECOND MOTION REGARDING CERTAIN DISCOVERY
AND DEADLINE FOR DISPOSITIVE MOTIONS**
( Docket No. 46 )

  THE COURT, upon the Stipulated Second Motion Regarding Certain Discovery and Deadline for Dispositive Motions, and being sufficiently advised in the premises,

  HEREBY ORDERS that the Motion is granted. Microsoft may take the deposition of defendants on or before April 30, 2007, and all parties have until May 31, 2007, to file dispositive motions.

  Done this 17th day of April, 2007.

        BY THE COURT:

        /s/ Michael J. Watanabe
        Michael J. Watanabe
        Magistrate Judge