IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01368-PSF-MJW

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff(s),

v.

COMPUTERS PLUS USA, INC., a Colorado corporation, and
RAWN S. TAKACS, an individual,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion to Compel Discovery (docket no. 38) is GRANTED. Defendants shall provide to Plaintiff, full and complete responses to all discovery as outlined in the subject motion, on or before April 30, 2007. In this case, Defendants have failed to file any timely response to the subject motion and this court deems the motion confessed.

It is FURTHER ORDERED that Defendants are awarded reasonable and necessary attorney fees and costs for having to file this motion. The parties shall meet forthwith to see if the amount of attorney fees and costs can be stipulated. If the parties are able to stipulate to the amount of attorney fees and costs, then the parties shall file such stipulation with the court. If the parties are unable to stipulate to the amount of attorney fees and costs, then the Defendants shall have up to and including April 30, 2007, to file their itemized affidavit for attorney fees and costs. The Plaintiff shall have up to and including May 14, 2007, to file his response to Defendants' affidavit for attorney fees and costs. If a response is filed, then Defendants shall have up to and including May 23, 2007 in which to file any reply to Plaintiff's response.

Date:  April 23, 2007