**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  06-cv-01368-PSF-MJW

MICROSOFT CORPORATION,
a Washington corporation,

                        Plaintiff,

      v.

COMPUTERS PLUS USA, INC., a Colorado corporation; and
RAWN S. TAKACS, an individual,

                        Defendants.

_____

**ORDER ON STIPULATED MOTION (A) TO CORRECT TYPOGRAPHICAL ERROR
IN COURT'S ORDER OF APRIL 23, 2007; AND
(B) STIPULATED SANCTIONS PURSUANT TO ORDER OF APRIL 23, 2007
(DN 51)**

       THE COURT, upon the Stipulated Motion:  (A) to Correct Typographical Error in Court's Order of April 23, 2007; and (B) Stipulated Sanctions Pursuant to Order of April 23, 2007, and being sufficiently advised in the premises,

       HEREBY ORDERS that the motion is granted.  The Court's Minute Order of April 23, 2007, is modified to reflect that it was Plaintiff Microsoft that was awarded fees pursuant to bringing its Motion to Compel.  The amount of those fees is set by agreement of the parties at $500 against Defendants, jointly and severally, and an Order of that amount is hereby entered.

       Done this 30th Day of April, 2007.

                                          BY THE COURT:

                                          s/Michael J. Watanabe
                                          Michael J. Watanabe, U.S.  Magistrate Judge