**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  06-cv-01368-PSF-MJW

MICROSOFT CORPORATION,
a Washington corporation,

                              Plaintiff,

      v.

COMPUTERS PLUS USA, INC., a Colorado corporation; and
RAWN S. TAKACS, an individual,

                              Defendants.

_____

**ORDER ON MOTION FOR EXTENSION OF TIME**

**(DN 71)**

_____

       THE COURT, upon the Motion of Plaintiff Microsoft Corporation ("Microsoft"), and being sufficiently advised in the premises,

       HEREBY ORDERS that Microsoft has until July 16, 2007 to file its Motion for Default Judgment.

       Done this 13th day of  July, 2007.

                                          BY THE COURT:

                                          By:  s/Michael J Watanabe
                                               MICHAEL J. WATANABE
                                             U.S. Magistrate Judge