IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01368-PSF-MJW

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

COMPUTERS PLUS USA, INC., a Colorado corporation; and
RAWN S. TAKACS, an individual,

    Defendants.

## ORDER ON MOTION FOR DEFAULT JUDGMENT

THIS MATTER is before the Court on Plaintiff Microsoft Corporation's Motion for Default Judgment and Permanent Injunction (Dkt. # 73), filed on July 13, 2007. To date, no response has been filed, and the motion is ripe for disposition. The Court has determined that a hearing will not materially aid it in determining the motion. Having considered the motion, the affidavit of John M. Tanner filed in support thereof, and other papers filed in this case, the Court hereby GRANTS the motion and enters the following Order:

    1.    Defendants Computers Plus USA, Inc. and Rawn Takacs ("Defendants"), are jointly and severally liable to Plaintiff Microsoft Corporation ("Microsoft") for the willful infringement under federal law, 17 U.S.C. § 501 *et seq.*, of the following copyrighted works (identified by the following Certificate of Registration numbers issued for such works):

        (1)    TX 5-407-055 ("Windows XP Professional");

        (2)    TX 5-837-617 ("Office Professional 2003");

        (3)    TX 5-837-636 ("Office Excel 2003");

        (4)    TX 5-900-087 ("Office Outlook 2003");

        (5)    TX 5-852-649 ("Office PowerPoint 2003");

        (6)    TX 5-837-618 ("Publisher 2003");

        (7)    TX 5-900-088 ("Office Word 2003"); and

        (8)    TX 5-877-513 ("Business Contact Manager for Outlook 2003").

2.    Defendants are jointly and severally liable to Microsoft for willful trademark infringement under federal law, 15 U.S.C. § 1114 *et seq.*, resulting from their use in commerce of Microsoft's trade dress and use and imitation of the following Trademarks and/or Service Mark Registration Numbers:

        (1)    1,200,236 ("MICROSOFT");

        (2)    1,256,083 ("MICROSOFT");

        (3)    1,872,264 ("WINDOWS");

        (4)    2,744,843 (COLORED FLAG DESIGN);

        (5)    1,475,795 ("POWERPOINT");

        (6)    1,741,086 ("MICROSOFT ACCESS"); and

        (7)    2,188,125 ("OUTLOOK").

3.    Defendants are jointly and severally liable to Microsoft for unfair competition under federal law, 15 U.S.C. § 1125, and under the laws of the State of Colorado;

4.      Statutory damages for trademark infringement are available for up to $100,000 for each counterfeit mark, regardless of willfulness, and up to $1,000,000 per counterfeit mark if the infringement was willful. 15 U.S.C. § 1117(c). In addition, the Copyright Act provides for statutory damages of up to $30,000 per copyright violation, whether willful or not, and up to $150,000 per copyright if the infringement was willful. The Court awards statutory damages of $100,000 for each counterfeit mark used (totaling $600,000) and $30,000 for each copyright violation (totaling $240,000).

5.      Under the Copyright Act and the Lanham Act, the Court has discretion to award plaintiff its costs and reasonable attorney's fees. 15 U.S.C. § 1117(a); 17 U.S.C. § 505. Plaintiff has requested, with a supporting affidavit, costs in the amount of $938.12 and attorneys' fees in the amount of $16,590.00. The Court finds the requested fees are reasonable and that an award of fees and costs to plaintiff is appropriate.

6.      Accordingly, judgment shall be entered in favor of Plaintiff Microsoft Corporation and against Defendants Computers Plus USA, Inc. and Rawn Takacs, jointly and severally, as follows:

| | | |
|---|---|---|
| a. | Statutory Damages: | $840,000.00 |
| b. | Attorneys' Fees: | $ 16,590.00 |
| c. | Costs: | $     938.12 |
| **Total Judgment:** | | **$857,528.12** |

7.      This judgment shall accrue interest, compounded annually, pursuant to 28 U.S.C. § 1961.

8. As set forth in a separate permanent injunction issued contemporaneously by this Court, Defendants shall be permanently enjoined from further infringing any of Microsoft's copyrights and trademarks.

9. The Clerk of the Court shall enter judgment in accordance with this Order.

DATED: August 23, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge