IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01368-PSF-MJW

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

COMPUTERS PLUS USA, INC., a Colorado corporation; and
RAWN S. TAKACS, an individual,

    Defendants.

## ORDER OF PERMANENT INJUNCTION

THIS MATTER is before the Court on Plaintiff Microsoft Corporation's ("Microsoft") Motion for Default Judgment and Permanent Injunction (Dkt. # 73), filed on July 13, 2007. The Court granted the motion in a separate Order issued contemporaneously herewith, and the Court hereby enters the following Order of Permanent Injunction pursuant to 17 U.S.C. § 502 and 15 U.S.C. § 1116:

Computers Plus USA, Inc. and Rawn Takacs ("Defendants"), their directors, principals, officers, members, agents, servants, employees, representatives, successors and assigns, and all those acting in concert or participation with them shall be, and hereby are, PERMANENTLY ENJOINED and restrained from:

    (a)    imitating, copying, or making any other infringing use or infringing distribution of software programs, components, certificates of authenticity ("COA"), end user license agreements ("EULA"), or items protected by Microsoft's registered

trademarks and service mark, including, but not limited to, the following Trademark and/or Service Mark Registration Numbers:

(1) 1,200,236 ("MICROSOFT");

(2) 1,256,083 ("MICROSOFT");

(3) 1,872,264 ("WINDOWS");

(4) 2,744,843 (COLORED FLAG DESIGN);

(5) 1,475,795 ("POWERPOINT");

(6) 1,741,086 ("MICROSOFT ACCESS"); and

(7) 2,188,125 ("OUTLOOK");

or software programs, components, COA, EULA, items or things protected by the following Certificate of Copyright Registration Nos.:

(1) TX 5-407-055 ("Windows XP Professional");

(2) TX 5-837-617 ("Office 2003 Professional");

(3) TX 5-837-636 ("Office Excel 2003");

(4) TX 5-900-087 ("Office Outlook 2003");

(5) TX 5-852-649 ("Office PowerPoint 2003");

(6) TX 5-837-618 ("Publisher 2003");

(7) TX 5-900-088 ("Office Word 2003"); and

(8) TX 5-877-513 ("Business Contact Manager for Outlook 2003");

or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or

displaying any software program, component, COA, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, COA, EULA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, COA, EULA, item, or thing that has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(e) using the names, logos, or other variations thereof of any of Microsoft's copyright and/or trademark-protected software programs in any of Defendants' trade or corporate names;

(f) engaging in any other activity constituting an illegal distribution of any Microsoft software, component, COA, EULA, item, or thing and/or infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights; and

  (g) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

  IT IS SO ORDERED.

  DATED:  August 23, 2007

                BY THE COURT:

                *s/ Phillip S. Figa*

                _____
                Phillip S. Figa
                United States District Judge